UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALPHONSO SONES, SR.

    Petitioner,                           Case No. 1:07-cv-552

v                                         HON. JANET T. NEFF

THOMAS K. BELL,

    Respondent.
_____/

## **FINAL ORDER**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Objections (Dkt 26) are DENIED and the Report and Recommendation of the Magistrate Judge (Dkt 25) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's Motion for an Evidentiary Hearing (Dkt 27) is DENIED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that the petition for habeas corpus relief (Dkt 1) is DENIED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is DENIED as to each issue asserted.

Date: June 14, 2010                                      /s/ Janet T. Neff
                                                       JANET T. NEFF
                                                       United States District Judge